1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON AT TACOMA
9

10   RONALD D. JOHNSTON, a married person,   )
                                             )
11              Plaintiff,                    )   NO. _____
                                             )
12        v.                                  )   Pierce County Superior Court
                                             )   Cause No.: 10-2-11784-4
13   THE SHAW GROUP, INC., a Louisiana       )
14   corporation; ATLANTIC CONTINGENCY        )   NOTICE OF REMOVAL OF ACTION
     CONSTRUCTORS, LLC, a Louisiana Limited   )   UNDER 28 U.S.C. §§1331, 1441 AND 1446
15   Liability Company; GENERAL              )
16   MECHANICAL, INC., a Washington          )
     corporation; NESS & CAMPBELL CRANE,      )
17   INC., a Washington corporation,          )
                                             )
18              Defendants.                   )
19   _____)

20

21        TO THE CLERK IN THE ABOVE-ENTITLED COURT:

22        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. sections 1331, 1441 and 1446,

23
     defendant Ness & Campbell Crane, Inc. ("Ness") hereby gives notice of the removal of this
24
     action, originally filed in the Pierce County Superior Court, to the United States District Court
25
26   for the Western District of Washington at Tacoma based on the following grounds:

27

28
     NOTICE OF REMOVAL OF ACTION UNDER
     28 U.S.C. §§1331, 1441 and 1446 - 1
     No. _____
     #767917 v1 / 42854-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

8.     Ness has attached those documents required by 28 U.S.C. section 1446(a) and (b) and the local rules of the United States District Court, Western District of Washington, including a copy of the Summons and Complaint filed upon it by plaintiff.

WHEREFORE, defendant Ness respectfully requests that the above action now pending against it in the Superior Court of Washington, County of Pierce, be removed to this court.

DATED this 8th day of September, 2010.

KARR TUTTLE CAMPBELL

By: _____

E. Pennock Gheen, WSBA No. 14969
Attorneys for Defendant Ness & Campbell Crane, Inc.

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**CERTIFICATE OF SERVICE**

1

2   The undersigned certifies that on Wednesday, September 08, 2010, I caused to be served the

3   foregoing document to:

4
John R. Wilson, WSBA #24501                ☒   via hand delivery via ABC Legal Messengers.
5   Rush, Hannula, Harkins & Kyler, LLP       ☐   via first class mail, postage prepaid.
4701 South 19th St., Ste. 300               ☒   via email.
6   Tacoma, WA 98405
jwilson@rhhk.com
7   Ph: 253.383.5388
Fax: 253.272.5105
8   *Counsel for Plaintiff*

9
Eileen I. McKillop, WSBA #21602            ☒   via hand delivery via ABC Legal Messengers.
10   Oles Morrison Rinker & Baker LLP          ☐   via first class mail, postage prepaid.
701 Pike St., Ste. 1700                     ☒   via email.
11   Seattle, WA 98101-3930
mckillop@oles.com
12   Ph: 206.623.3427
Fax: 206.682.6234
13   *Counsel for Defendants The Shaw Group,*
*Inc. and Atlantic Contingency*
14   *Constructors, LLC*

15
Michael T. Morgan, WSBA #29314            ☒   via hand delivery via ABC Legal Messengers.
16   Law Offices of Kenneth R. Scearce         ☐   via first class mail, postage prepaid.
420 Century Square                          ☒   via email.
17   1501 Fourth Ave.
Seattle, WA 98101-3225
18   mtmorgan@travelers.com
Ph: 206.326.4217
19   Fax: 206.326.4220
*Counsel for Defendant General*
20   *Mechanical, Inc.*

21

22   I declare under penalty of perjury under the laws of the state of Washington on Wednesday,

23   September 08, 2010, at Seattle, Washington.

24

25   Heather L. White

26

27

28
NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §§1331, 1441 and 1446 - 4
No. _____
#767917 v1 / 42854-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# Exhibit 1

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 05 2010 3:02 PM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-11784-4

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

## CASE COVER SHEET / CIVIL CASES

Case Title RONALD D. JOHNSTON VS. THE SHAW GROUP INC    Case Number 10-2-11784-4

Atty/Litigant JOHN ROSS WILSON    Bar # 24501    Phone (253) 383-5388

Address 4701 S 19th St Ste 300

City TACOMA    State WA    Zip 98405

Please check one category that best describes this case for indexing purposes.
**Presumed tracks are listed next to the cause codes. (Non PCLR and Rev 4 indicate no Track Assignment Request is required.)**
*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 1, and does not require a Track Assignment Request Form.*

**APPEAL / REVIEW**
____ Administrative Law Review (ALR 2) *REV 4*
____ Civil, Non-Traffic (LCA 2) *REV 4*
____ Civil, Traffic (LCI 2) *REV 4*
____ Land Use Petition (LUP 2) *LUPA*

**CONTRACT / COMMERCIAL**
____ ◆Breach of Contract (COM 2) *REV 4*
____ ◆Commercial Non-Contract (COM 2) *REV 4*
____ ◆Commercial-Contract (COM 2) *REV 4*
____ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
____ ◆Judgment, Another County (ABJ 2) *Non PCLR*
____ ◆Abstract Only (ABJ 2) *Non PCLR*
____ Transcript of Judgment (TRJ 2) *Non PCLR*
____ ◆Foreign Judgment Civil (FJU 2) *Non PCLR*
____ ◆Judgment, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
____ ◆Death (TMV 2) *STANDARD*
____ ◆Non-Death Injuries (TMV 2) *STANDARD*
____ ◆Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
____ Other Malpractice (MAL 2) *COMPLEX*
✓ Personal Injury (PIN 2) *STANDARD*
____ Property Damage (PRP 2) *STANDARD*
____ Wrongful Death (WDE 2) *STANDARD*
____ ◆Other Tort (TTO 2) *COMPLEX*
____ ◆Products Liability (TTO 2) *COMPLEX*
____ ◆Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
____ Condemnation (CON 2) *STANDARD*
____ Foreclosure (FOR 2) *REV 4*
____ Property Fairness (PFA 2) *STANDARD*
____ Quiet Title (QTI 2) *STANDARD*
____ Unlawful Detainer / Eviction (UND 2) *REV 4*
____ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
____ ◆Compel/Confirm Bind Arbitration (MSC2) *REV 4*
____ ◆Deposit of Surplus Funds (MSC 2) *REV 4*
____ ◆Interpleader (MSC 2) *REV 4*
____ ◆Subpoenas (MSC 2) *REV 4*
____ ◆Victims' Employment Leave (MSC 2) *REV 4*
____ ◆Wireless Number Disclosure (MSC 2) *REV 4*
____ Injunction (INJ 2) *REV 4*
____ Malicious Harassment (MHA 2) *Non PCLR*
____ Meretricious Relationship (MER 2) *REV 4*
____ Minor Settlement/No Guardianship(MST2) *REV 4*
____ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
____ Property Damage Gangs (PRG 2) *REV 4*
____ Seizure of Property/Comm. of Crime(SPC2) *REV 4*
____ Seizure of Proprty Reslt from Crime(SPR2) *REV 4*

**TORT / MEDICAL MALPRACTICE**
____ ◆Hospital (MED 2) *COMPLEX*
____ ◆Medical Doctor (MED 2) *COMPLEX*
____ ◆Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
____ Habeas Corpus (WHC 2) *REV 4*
____ Mandamus (WRM 2) *REV 4*
____ Review (WRV 2) *REV 4*
____ Miscellaneous Writ (WMW 2) *REV 4*

**MISCELLANEOUS**_____

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 05 2010 3:02 PM

KEVIN STOCK
COUNTY CLERK
**NO: 10-2-11784-4**

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

RONALD D. JOHNSTON

Plaintiff(s),

vs.

THE SHAW GROUP INC.

Defendant(s)

NO. 10-2-11784-4

TRACK ASSIGNMENT REQUEST

---

NAME:  JOHN ROSS WILSON
ADDRESS:  4701 S 19th St Ste 300
TACOMA, WA 98405-1199

PHONE:  (253) 383-5388          FAX:

---

JURY DEMAND ANTICIPATED          ☐ YES  ☐ NO
CONSOLIDATION ANTICIPATED        ☐ YES  ☐ NO
ESTIMATED LENGTH OF TRIAL        _____5_____ DAYS

---

TRACK ASSIGNMENT REQUESTED:  SEE PCLR (g)(2)through(5)
STANDARD  ☒     EXPEDITED ☐     COMPLEX ☐     LUPA ☐

TRACK REQUESTS THAT DEVIATE FROM THE PRESUMED TRACK (SEE PCLR1)
MUST BE EXPLAINED ON THE SPACE PROVIDED BELOW, OR WILL BE REJECTED
BY CLERK.

---

I HEREBY CERTIFY THAT I HAVE CONSIDERED THE GENERAL GUIDELINES FOR TRACK
ASSIGNMENT AS CONTAINED HEREIN AND CERTIFY THAT MY REQUESTED TRACK IS IN
COMPLIANCE THEREWITH.

DATED: August 05, 2010          SIGNED:/s/ JOHN ROSS WILSON
                                       WSB#:24501

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

August 05 2010 3:02 PM

KEVIN STOCK
COUNTY CLERK
**NO: 10-2-11784-4**

| | |
|---|---|
| RONALD D. JOHNSTON | No. 10-2-11784-4 |
| Petitioner(s) | ORDER SETTING CASE SCHEDULE |
| | Type of case: PIN |
| Vs. | Estimated Trial (days): 5 |
| | Track Assignment: Standard |
| | Assignment Department: 05 |
| THE SHAW GROUP INC. | Docket Code: **ORSCS** |
| Respondent(s) | |

| | |
|---|---|
| Confirmation of Service | 9/2/2010 |
| Confirmation of Joinder of Parties, Claims and Defenses | 12/2/2010 |
| Jury Demand | 12/9/2010 |
| Status Conference (Contact Court for Specific Date) | Week of 12/30/2010 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 1/27/2011 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 2/24/2011 |
| Disclosure of Rebuttal Witnesses | 4/14/2011 |
| Deadline for Filing Motion to Adjust Trial Date | 5/12/2011 |
| Discovery Cutoff | 6/16/2011 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 6/30/2011 |
| Deadline for Hearing Dispositive Pretrial Motions | 7/7/2011 |
| Joint Statement of Evidence | 7/7/2011 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 7/21/2011 |
| Trial | 8/4/2011 9:00 |

## Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 1.

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 1 does not apply while the case is in arbitration.

Dated: August 5, 2010

*Vicki L. Hogan*

Judge VICKI L. HOGAN
Department 05

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 05 2010 3:02 PM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-11784-4

1
2
3
4
5
6
7
8

SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

9
10

RONALD D. JOHNSTON, a married
person,

NO.

11

        Plaintiff,

SUMMONS (60 DAY)

12

       vs.

13
14
15
16
17

THE SHAW GROUP, INC., a Louisiana
corporation; ATLANTIC CONTINGENCY
CONSTRUCTORS, LLC., a Louisiana
Limited Liability Company; GENERAL
MECHANICAL, INC., a Washington
Corporation; NESS & CAMPBELL
CRANE, INC., a Washington corporation,

18

       Defendants.

19
20

    TO THE DEFENDANTS THE SHAW GROUP and ATLANTIC CONTINGENCY

CONSTRUCTORS, LLC:

21
22
23

    A lawsuit has been started against you in the above-entitled court by plaintiff.

Plaintiff's claims are stated in the written complaint, a copy of which is served upon you

with this summons.

24
25

    In order to defend against this lawsuit, you must respond to the complaint by

stating your defense in writing, and serve a copy upon the undersigned attorney for the

SUMMONS (60 DAY) - 1

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105

1  plaintiff within sixty (60) days after the service of this summons, excluding the day of

2  service, or a default judgment may be entered against you without notice.  A default

3  judgment is one where plaintiff is entitled to what she asks for because you have not

4  responded.  If you serve a notice of appearance on the undersigned attorney, you are

5  entitled to notice before a default judgment may be entered.

6        You may demand that the plaintiff file this lawsuit with the court.  If you do so, the

7  demand must be in writing and must be served upon the plaintiff.  Within fourteen (14)

8  days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

9  service on you of this summons and complaint will be void.

10        If you wish to seek the advice of an attorney in this matter, you should do so

11  promptly so that your written response, if any, may be served on time.

12        This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of

13  the State of Washington.

14        DATED this 5th day of August, 2010.

15                        RUSH, HANNULA, HARKINS & KYLER, L.L.P.

16                        Attorney for Plaintiff

17                        By: _____

18                            John R. Wilson, WSBA #24501

19

20

21

22

23

24

25

SUMMONS (60 DAY) - 2

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 05 2010 3:02 PM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-11784-4

1

2

3

4

5

6

7
SUPERIOR COURT OF THE STATE OF WASHINGTON

8
IN AND FOR THE COUNTY OF PIERCE

9
RONALD D. JOHNSTON, a married
10
person,

NO.

11
        Plaintiff,

SUMMONS (20 DAY)

12
      vs.

13
THE SHAW GROUP, INC., a Louisiana
14
corporation; ATLANTIC CONTINGENCY
CONSTRUCTORS, LLC., a Louisiana
15
Limited Liability Company; GENERAL
MECHANICAL, INC., a Washington
16
Corporation; NESS & CAMPBELL
CRANE, INC., a Washington corporation,
17

18
        Defendants.

19
    TO THE DEFENDANTS GENERAL MECHANICAL, INC. and NESS &
20
CAMPBELL CRANE, INC.:

21
      A lawsuit has been started against you in the above-entitled court by plaintiff.
22
Plaintiff's claims are stated in the written complaint, a copy of which is served upon you
23
with this summons.

24
      In order to defend against this lawsuit, you must respond to the complaint by
25
stating your defense in writing, and serve a copy upon the undersigned attorney for the

SUMMONS (20 DAY) - 1

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105

1   plaintiff within twenty (20) days after the service of this summons, excluding the day of

2   service, or a default judgment may be entered against you without notice.  A default

3   judgment is one where plaintiff is entitled to what she asks for because you have not

4   responded.  If you serve a notice of appearance on the undersigned attorney, you are

5   entitled to notice before a default judgment may be entered.

6        You may demand that the plaintiff file this lawsuit with the court.  If you do so, the

7   demand must be in writing and must be served upon the plaintiff.  Within fourteen (14)

8   days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

9   service on you of this summons and complaint will be void.

10       If you wish to seek the advice of an attorney in this matter, you should do so

11  promptly so that your written response, if any, may be served on time.

12       This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of

13  the State of Washington.

14       DATED this 5th day of August, 2010.

15                                RUSH, HANNULA, HARKINS & KYLER, L.L.P.
                                  Attorney for Plaintiff

16

17       By: _____

18           John R. Wilson, WSBA #24501

19

20

21

22

23

24

25

SUMMONS (20 DAY) - 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 05 2010 3:02 PM

KEVIN STOCK
COUNTY CLERK
NO: 10-2-11784-4

1
2
3
4
5
6
7        SUPERIOR COURT OF THE STATE OF WASHINGTON
8            IN AND FOR THE COUNTY OF PIERCE
9
10   RONALD D. JOHNSTON, a married          NO.
     person,
11
              Plaintiff,                     COMPLAINT FOR DAMAGES
12
         vs.
13
     THE SHAW GROUP, INC., a Louisiana
14   corporation; ATLANTIC CONTINGENCY
     CONSTRUCTORS, LLC., a Louisiana
15   Limited Liability Company; GENERAL
     MECHANICAL, INC., a Washington
16   Corporation; NESS & CAMPBELL
     CRANE, INC., a Washington corporation,
17
              Defendants.
18
19
20        COMES NOW the plaintiff, Ronald D. Johnston, by and through his attorney of
21   record, John R. Wilson, of Rush, Hannula, Harkins & Kyler, L.L.P., and for cause of
22   action against the defendants, states and alleges as follows:
23                                   I.
24        The court has jurisdiction over the parties hereto and the subject matter herein.
25   ////

COMPLAINT FOR DAMAGES - 1        RUSH, HANNULA, HARKINS & KYLER, L.L.P.
                                      4701 South 19th Street, Suite 300
                                          TACOMA, WA  98405
                                      TELEPHONE: (253) 383-5388
                                         FAX:  (253) 272-5105

II.

At all times material hereto, Ronald D. Johnston was a resident of Pierce County, Washington.

III.

At all times material hereto, Ronald D. Johnston, was a civilian employee for the Public Works, O&M Division, Waste Water Plant, at the Fort Lewis Waste Water Treatment Plant in Fort Lewis, Pierce County, Washington.

IV.

At all times material hereto, defendant The Shaw Group was a Louisiana corporation licensed and authorized to do business in the State of Washington.  All acts, omissions and conduct of the employees, agents, or representatives of defendant The Shaw Group were by and on behalf of The Shaw Group for which it is legally responsible.

V.

At all times material hereto, defendant Atlantic Contingency Constructors, LLC., ("ACC"), was a Louisiana Limited Liability Company, licensed and authorized to do business in the State of Washington.  All acts, omissions and conduct of the employees, agents, or representatives of defendant ACC were by and on behalf of ACC for which it is legally responsible.

VI.

At all times material hereto, defendant General Mechanical, Inc., was a Washington corporation, doing business in Pierce County, Washington. All acts, omissions and conduct of the employees, agents, or representatives of defendant General Mechanical were by and on behalf of General Mechanical for which it is legally responsible.

COMPLAINT FOR DAMAGES - 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105

1
VII.

2    At all times material hereto, defendant Ness & Campbell Crane, Inc., was a

3 Washington corporation, doing business in the State of Washington.  All acts, omissions

4 and conduct of the employees, agents, or representatives of defendant Ness &

5 Campbell Crane was by and on behalf of Ness & Campbell Crane for which it is legally

6 responsible.

7
VIII.

8    To the best information and belief of the plaintiffs, at all times material hereto, the

9 defendants were engaged in a construction or maintenance project ("Project") involving

10 a digester at the Fort Lewis Waste Water Treatment Plant in Pierce County,

11 Washington.

12
IX.

13    To the best information and belief of the plaintiffs, at all times material hereto,

14 defendant The Shaw Group was a managing partner of defendant ACC, and had

15 contracted with defendant ACC, to oversee the Project for the Fort Lewis Waste Water

16 Treatment Plant.

17
X.

18    To the best information and belief of the plaintiffs, at all times material hereto,

19 defendant General Mechanical, Inc. had been hired by defendant ACC as the general

20 contractor for the Project.  All acts, omissions and conduct of the employees, agents, or

21 representatives of defendant General Mechanical were by and on behalf of defendant

22 ACC for which it is legally responsible.

23
XI.

24    To the best information and belief of the plaintiffs, at all times material hereto

25 defendant Ness & Campbell Crane, Inc. was a subcontractor to defendant General

COMPLAINT FOR DAMAGES - 3

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105

1  Mechanical for purposes of construction or other work on the Project.  All acts,

2  omissions and conduct of the employees, agents, or representatives of defendant Ness

3  & Campbell Crane was by and on behalf of defendants General Mechanical, ACC and

4  The Shaw Group for which they are legally responsible.

5  XII.

6  On or about April 5, 2009, plaintiff Ronald D. Johnston had reported for work at

7  the Fort Lewis Waste Water Treatment Plant in Pierce County, Washington. Mr.

8  Johnston was making his usual rounds as Utility Systems Repairer-Operator which

9  involved inspection of the chlorine tanks and diesel fuel. While walking down a pathway

10  on the premises, Mr. Johnston tripped over a length of cable that had been stretched

11  across the walkway. The cable was being used by the Defendants in conjunction with

12  work being done on the digester Project.  Defendants, and each of them, were negligent

13  in failing to provide a reasonably safe working and construction environment, failing to

14  adequately light areas of construction related danger, and failing to adequately warn of

15  construction related danger.

16  XIII.

17  As a direct and proximate result of the negligence of the defendants, and each of

18  them, as alleged herein, plaintiff Ronald D. Johnston sustained personal injuries and

19  continues to suffer personal injuries.

20  XIV.

21  As a further direct and proximate result of negligence of the defendants, and

22  each of them, as alleged herein, plaintiff Ronald D. Johnston has incurred medical costs

23  and expenses, may incur costs and expenses for future medical treatment, and has

24  sustained other out-of-pocket costs and expenses, all in an amount to proven at the

25  time of trial.

COMPLAINT FOR DAMAGES - 4

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105

XV.

As a further direct and proximate result of the negligence of the defendants, and each of them, as alleged herein, plaintiff Ronald D. Johnston has sustained pain and suffering, both mental, physical and emotional, will sustain pain and suffering in the future, may incur medical costs and expenses for future treatment, and has suffered lost wages, all in an amount to be proven at the time of trial.

XVI.

Work on the Project by the defendants herein constitutes a concert of action, a unity of purpose or design, and the defendants working separately but with a common purpose and all acting with the knowledge and consent of the others, therefore making all of the defendants herein jointly and severally liable for the damages suffered by the plaintiff.

WHEREFORE, plaintiff prays for judgment against the defendants as follows:

1. For all general and non-economic damages suffered by plaintiff;

2. For all special and economic damages suffered by the plaintiff;

3. For pre-judgment interest on the liquidated sums;

4. For all costs and disbursements incurred herein, including a reasonable attorney's fee; and

5. For such other relief as the court deems just and equitable.

DATED this 4th day of August, 2010.

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
Attorneys for Plaintiffs

By: _____
John R. Wilson, WSBA #24501

COMPLAINT FOR DAMAGES - 5



||||
|---|---|---|
| 1 | | |

FILED
IN COUNTY CLERK'S OFFICE

A.M.   AUG 1 6 2010   P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

10-2-11784-4   34845210   AFSR   08-16-10

# SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

RONALD D. JOHNSTON, A MARRIED PERSON,
Plaintiff/Petitioner

Cause #:   10-2-11784-4

vs.
THE SHAW GROUP, INC., A LOUSIANA
CORPORATION, ET AL,
Defendant/Respondent

Declaration of Service of:

SUMMONS AND COMPLAINT FOR DAMAGES; ORDER
SETTING CASE SCHEDULE

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 10 2010  9:34AM at the address of 2701 S "J" ST TACOMA, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon GENERAL MECHANICAL, INC., A WASHINGTON CORPORATION   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with DALE HOOVER PRESIDENT/REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 11, 2010 at Tacoma, WA

by _____
        R. Simpson      23422

Service Fee Total: $ 63.20



ABC Legal Services, Inc.
206 521-9000
Tracking #: 3565853

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

21184
Rush, Hannula & Harkins
4701 S 19th St, #300
Tacoma, WA  98405
253 383-5388

1

2

3

4

5

6

7           SUPERIOR COURT OF THE STATE OF WASHINGTON

8              IN AND FOR THE COUNTY OF PIERCE

9   RONALD D. JOHNSTON, a married        NO. 10-2-11784-4
    person,
10
                                         SUMMONS (20 DAY)
11          Plaintiff,

12      vs.

13  THE SHAW GROUP, INC., a Louisiana
    corporation; ATLANTIC CONTINGENCY
14  CONSTRUCTORS, LLC., a Louisiana
    Limited Liability Company; GENERAL
15  MECHANICAL, INC., a Washington
    Corporation; NESS & CAMPBELL
16  CRANE, INC., a Washington corporation,

17          Defendants.

18

19      TO THE DEFENDANTS GENERAL MECHANICAL, INC. and NESS &

20  CAMPBELL CRANE, INC.:

21      A lawsuit has been started against you in the above-entitled court by plaintiff.

22  Plaintiff's claims are stated in the written complaint, a copy of which is served upon you

23  with this summons.

24      In order to defend against this lawsuit, you must respond to the complaint by

25  stating your defense in writing, and serve a copy upon the undersigned attorney for the

SUMMONS (20 DAY) - 1              RUSH, HANNULA, HARKINS & KYLER, L.L.P.
                                       4701 South 19th Street, Suite 300
                                            TACOMA, WA  98405
                                        TELEPHONE: (253) 383-5388
                                            FAX:  (253) 272-5105



10-2-11784-4   34882325   PRSV   08-23-10

FILED
IN COUNTY CLERK'S OFFICE

A.M.   AUG 2 0 2010   P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

**SUPERIOR COURT, IN AND FOR THE COUNTY OF
PIERCE, STATE OF WASHINGTON**

**930 TACOMA AVE S
TACOMA, WASHINGTON 98402**

Dear  SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF
WASHINGTON:

Enclosed please find:

One original proof of service for filing in the case of:

RONALD D. JOHNSTON, A MARRIED PERSON,
vs.
THE SHAW GROUP, INC., A LOUISIANA
CORPORATION; ET AL.,

Case #: 10-2-11784-4

Thank you in advance for your assistance!

ABC Legal Services
633 Yesler Way  Seattle, WA 98104
phone: 206-521-9000

Tracking # 3565854




IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

RONALD D. JOHNSTON, A MARRIED PERSON,

                                        Plaintiff/Petitioner

vs
THE SHAW GROUP, INC., A LOUISIANA
CORPORATION; ET AL.,

                                        Defendant/Respondent

Hearing Date

CAUSE NO **10-2-11784-4**

DECLARATION OF SERVICE OF:
**SUMMONS & COMPLAINT FOR DAMAGES; ORDER
SETTING CASE SCHEDULE**

The undersigned hereby declares  That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **12th day of August, 2010**, at **10:18 AM**, at the address of **CT CORPORATION SYSTEM, 5615 CORPORATE Boulevard SUITE 400B, BATON ROUGE, East Baton Rouge** County, **LA 70808**, this declarant served the above described documents upon **THE SHAW GROUP, INC., A LOUISIANA CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT Corporation System through Julie Chism, REGISTERED AGENT - CT Corporation System**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military

Service Fee Total  $

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 16th day of August, 2010.

_____
William Humble, LA

FOR **Rush, Hannula & Harkins**
REF· **21184**

ORIGINAL PROOF OF
SERVICE

Tracking #  **3565854** SEA FIL



10-2-11784-4    34882330    PRSV    08-23-10

FILED
IN COUNTY CLERK'S OFFICE

A.M.    AUG 2 0 2010   P.M.
PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

**SUPERIOR COURT, IN AND FOR THE COUNTY OF
PIERCE, STATE OF WASHINGTON**

**930 TACOMA AVE S
TACOMA, WASHINGTON 98402**

Dear  SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF
    WASHINGTON:

Enclosed please find:

One original proof of service for filing in the case of:

    RONALD D. JOHNSTON, A MARRIED PERSON,
    vs.
    THE SHAW GROUP, INC., A LOUISIANA
    CORPORATION; ET AL.,

Case #: 10-2-11784-4

AUG 2 0 PM

Thank you in advance for your assistance!

ABC Legal Services
633 Yesler Way  Seattle, WA 98104
phone: 206-521-9000

Tracking # 3565855




IN THE
SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

RONALD D. JOHNSTON, A MARRIED PERSON,

                                    Plaintiff/Petitioner

vs

THE SHAW GROUP, INC., A LOUISIANA
CORPORATION; ET AL.,

                                    Defendant/Respondent

Hearing Date

CAUSE NO **10-2-11784-4**

DECLARATION OF SERVICE OF
**SUMMONS & COMPLAINT FOR DAMAGES; ORDER
SETTING CASE SCHEDULE**

The undersigned hereby declares  That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **12th day of August, 2010**, at **10:18 AM**, at the address of **CT Corporation System, 5615 CORPORATE Boulevard SUITE 400B, BATON ROUGE, East Baton Rouge** County, **LA 70808**; this declarant served the above described documents upon **ATLANTIC CONTINGENCY CONSTRUCTORS, LLC., A LOUISIANA LIMITED LIABILITY COMPANY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT Corporation System through Julie Chism, REGISTERED AGENT**.

No Information was provided or discovered that indicates that the subjects served are members of the U S military.

Service Fee Total  $

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 16th day of August, 2010

_____
**William Humble, LA-1**

FOR: **Rush, Hannula & Harkins**
REF **21184**

ORIGINAL PROOF OF
SERVICE

Tracking #: **3565855** SEA FIL

```
10-2-11784-4    34914974    NTAPR      08-27-10
```

FILED
IN COUNTY CLERK'S OFFICE

A.M.   AUG 2 6 2010   P.M.

PIERCE COUNTY, WASHINGTON
KEVIN BYRON, County Clerk
BY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| RONALD J. JOHNSTON, a married person,<br><br>                 Plaintiff,<br><br>    v.<br><br>THE SHAW GROUP, INC., a Louisiana corporation; ATLANTIC CONTINGENCY CONSTRUCTORS, LLC, a Louisiana Limited Liability Company; GENERAL MECHANICAL, INC., a Washington Corporation; NESS & CAMPBELL CRANE, INC., a Washington corporation,<br><br>                 Defendants. | No. 10-2-11784-4<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS THE SHAW GROUP, INC. AND ATLANTIC CONTINGENCY CONSTRUCTORS, LLC<br><br>The Honorable Vicki L. Hogan |

TO:       CLERK OF THE COURT;

TO:       All Parties;

AND TO:   Their Counsel.

PLEASE TAKE NOTICE that Eileen I. McKillop and the law firm of Oles Morrison Rinker & Baker, LLP hereby enter their appearance on behalf of Defendants THE SHAW GROUP, INC. and ATLANTIC CONTINGENCY CONSTRUCTORS, LLC and ask that all further pleadings and correspondence,

NOTICE OF APPEARANCE - 1

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

1   except original service, be served upon them at the address below.

2        DATED this _26_ day of August, 2010.

3                   OLES MORRISON RINKER & BAKER LLP

4

5                   By _____

6                    Eileen I. McKillop, WSBA 21602
                     Attorneys for Defendants The Shaw Group,   Inc.

7                   and   Atlantic   Contingency   Constructors,
                   LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

The Honorable Vicki L. Hogan

FILED
IN COUNTY CLERK'S OFFICE

A.M.    AUG 26 2010    P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

RONALD J. JOHNSTON, a married person,

               Plaintiff,

    v.

THE SHAW GROUP, INC., a Louisiana
corporation; ATLANTIC CONTINGENCY
CONSTRUCTORS, LLC, a Louisiana limited
liability company; GENERAL MECHANICAL,
INC., a Washington corporation; NESS &
CAMPBELL CRANE, INC., a Washingotn
corporation,

               Defendants.

No. 10-2-11784-4

DECLARATION OF SERVICE

I, Zaida DeAtley, hereby declare under penalty of perjury and in accordance with the laws of the State of Washington as follows:

    1.  I am a citizen of the United States and over the age of 18 years and am not a party to the within cause;

    2.  I am employed by the law firm of Oles Morrison Rinker & Baker LLP.  My business and mailing address is 701 Pike Street, Suite 1700, Seattle, Washington 98101-3930.

    3.  On August 26, 2010, I caused to be served via ABC Legal Services, Inc. the following document(s) on the following persons:

Declaration of Service - 1

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

1

2   John R. Wilson
    RUSH, HANNULA, HARKINS & KYLER, LLP
3   4701 South 19th Street, Suite 300
    Tacoma, WA 98405

4

5   Entitled exactly:

6   1)   Notice of Appearance on Behalf of Defendants The Shaw Group, Inc. and
         Atlantic Contingency Constructors, LLC; and
7   2)   Declaration of Service.

8   DATED this 26th day of August, 2010.

9

10        _____
          Zaida DeAtley

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

```
10-2-11784-4   34943512   NTAPR      09-01-10
```

F I L E D
IN COUNTY CLERK'S OFFICE

A.M  **SEP 01 2010**  PM

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____DEPUTY

THE HONORABLE VICKI L. HOGAN

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

RONALD D. JOHNSTON, a married person,

Plaintiff,

v

THE SHAW GROUP, INC., a Louisiana
corporation; ATLANTIC CONTINGENCY
CONSTRUCTORS, LLC., a Louisiana
Limited Liability Company; GENERAL
MECHANICAL, INC., a Washington
Corporation; NESS & CAMPBELL CRANE,
INC., a Washington corporation,

Defendants.

NO. 10-2-11784-4

NOTICE OF APPEARANCE

*(Clerk's Action Required)*

TO          John R. Wilson, Attorney for Plaintiff

AND TO:     The Clerk of the above-entitled Court

PLEASE TAKE NOTICE that the undersigned attorney hereby appears on behalf
of Defendant General Mechanical, Inc., without waiving objections as to improper service

NOTICE OF APPEARANCE - 1
B5U2244 (JAH)

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA 98101-3225*
*Tel  (206) 326-4217*
*Fax  (206) 326-4220*

**ORIGINAL**

1   or jurisdiction.  You are hereby directed to serve all future pleadings or papers, except

2   original process, upon said attorney at the address below stated.

3         DATED:  August 31, 2010

4

5

6

7         MICHAEL T. MORGAN, WSBA #29314
           Attorney for Defendant General Mechanical, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   NOTICE OF APPEARANCE - 2
      B5U2244 (JAH)

Law Offices of Kenneth R Scearce
420 Century Square
1501 Fourth Avenue
Seattle, WA 98101-3225
Tel  (206) 326-4217
Fax  (206) 326-4220

## DECLARATION OF FILING AND SERVICE

The undersigned declares as follows:

    1.    I am over the age of eighteen, competent to testify and have personal knowledge regarding the facts set forth herein.

    2.    That on the below date, I filed and served this document, as follows:

    ☒ Original
via
☒ ABC Legal Messenger
    ☒ Next Day  ☐ Same Day

    Clerk of the Court
Pierce County Superior Court
930 Tacoma Avenue S
Tacoma, WA 98402
(253) 798-6669 admin
(253) 798-7214 admin fax

    ☒ True & Correct Copy
via
☒ U.S. First-Class Mail
☒ Facsimile

    John R. Wilson
Rush, Hannula, Harkins & Kyler, L.L.P.
4701 South 19th Street, Suite 300
Tacoma, WA 98405
(253) 383-5388
Fax (253) 272-5105

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATE:  August 31, 2010
PLACE:  Seattle, WA

_Sandy Barbour_
Sandy Barbour

NOTICE OF APPEARANCE - 3
B5U2244 (JAH)

Law Offices of Kenneth R Scearce
420 Century Square
1501 Fourth Avenue
Seattle, WA 98101-3225
Tel  (206) 326-4217
Fax  (206) 326-4220