1

HONORABLE J. RICHARD CREATURA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| RONALD D. JOHNSTON, a married person,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHAW GROUP, INC., a Louisiana corporation; ATLANTIC CONTINGENCY CONSTRUCTORS, LLC., a Louisiana Limited Liability Company; GENERAL MECHANICAL, INC., a Washington Corporation; NESS & CAMPBELL CRANE, INC., a Washington corporation,<br><br>Defendants. | CASE NO. 3:10-cv-05643-JRC<br><br>NOTICE OF SETTLEMENT |

Notice is hereby given that all claims against all parties in this action have been resolved. Trial scheduled for December 5, 2011 or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

///

///

///

NOTICE OF SETTLEMENT- 1

**RUSH, HANNULA, HARKINS & KYLER, L.L.P.**
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

DATED this 7th day of September, 2011.

s/John R. Wilson
JOHN R. WILSON, WSBA #24501
Attorneys for Plaintiff
Rush, Hannula, Harkins & Kyler, L.L.P.
4701 S. 19th Street; Suite 300
Tacoma, WA 98405
(253) 383-5388
(253) 272-5105 (fax)
jwilson@rhhk.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2011, I sent the foregoing for service via email to the persons listed below:

Kasey C. Myhra; WSBA #27100
Law Offices of Kenneth R. Scearce
420 Century Square
1501 Fourth Ave.
Seattle, WA 98101-3225
kmyhra@travelers.com
Ph: 206.326.4217
Fax: 206.326.4220
*Counsel for Defendant General Mechanical, Inc. and Defendant Atlantic Contingency Constructors, LLC*

E. Pennock Gheen, WSBA #14969
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101-3028
pgheen@karrtuttle.com
Ph: 206. 223.1313
Fax: 206.682.7100
*Counsel for Defendant Ness & Campbell Crane*

/s/ John R. Wilson
John R. Wilson
jwilson@rhhk.com

NOTICE OF SETTLEMENT- 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX:  (253) 272-5105