HONORABLE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RONALD D. JOHNSTON, a married person,<br><br>Plaintiff,<br><br>v.<br><br>THE SHAW GROUP, INC., a Louisiana corporation; ATLANTIC CONTINGENCY CONSTRUCTORS, LLC, a Louisiana Limited Liability Company; GENERAL MECHANICAL, INC., a Washington Corporation; NESS & CAMPBELL CRANE, INC., a Washington corporation,<br><br>Defendants. | NO. 3:10-cv-05643 JRC<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I.   **STIPULATION**

IT IS HEREBY STIPULATED pursuant to Rule 41 of the Federal Rules of Civil Procedure that an order may be entered herein dismissing the above-entitled action, with prejudice and without costs, and without notice of presentation of this

STIPULATION AND ORDER OF DISMISSAL - 1
B5U2244 (JAH)

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA  98101-3225*
*Tel:  (206) 326-4217*
*Fax:  (206) 326-4220*

1  order, for the reason that the same has been settled and the settlement is

2  reasonable.

3
4        DATED this <u>8th</u> day of <u>November</u>, 2011.

5

6  s/John R. Wilson  
   WSBA #24501  
7  Rush, Hannula, Harkins & Kyler, L.L.P.  
8  4701 S. 19th Street; Suite 300  
   Tacoma, WA 98405  
9  (253) 383-5388  
10  (253) 272-5105 (fax)  
   jwilson@rhhk.com  
11  Attorneys for Plaintiff

                                        s/E. Pennock Gheen  
                                        WSBA #14969  
                                        Law Offices of Karr Tuttle Campbell  
                                        1201 Third Avenue, Suite 2900  
                                        Seattle, WA 98101  
                                        (206) 223-1313  
                                        (206)682-7100 (fax)  
                                        pgheen@karrtuttle.com  
                                        Attorney for Defendant Ness and Campbell Crane

12

13  s/Kasey C. Myhra  
   WSBA #27100  
14  Law Offices of Kenneth R. Scearce  
   1501 Fourth Avenue, Suite 420  
15  Seattle, WA  98101-3225  
   (206) 326-4217  
16  (206) 326-4223 (fax)  
17  kymyhra@travelers.com  
   Attorney for Defendants General  
18  Mechanical and Atlantic Contingency Constructors

19

20

21  //

22  //

23  //

24  //

25

26  STIPULATION AND ORDER OF DISMISSAL - 2  
   B5U2244 (JAH)

*Law Offices of Kenneth R. Scearce*  
*420 Century Square*  
*1501 Fourth Avenue*  
*Seattle, WA  98101-3225*  
*Tel:  (206) 326-4217*  
*Fax:  (206) 326-4220*

**ORDER**

It appearing to the Court from the foregoing Stipulation that the above-entitled action should be dismissed, with prejudice and without costs, it is by the Court

ORDERED that the above-entitled action be, and the same is hereby dismissed with prejudice and without costs.

DATED this 28th day of November, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Prepared and Presented by:

s/Kasey C. Myhra
WSBA #27100
Law Offices of Kenneth R. Scearce
1501 Fourth Avenue, Suite 420
Seattle, WA  98101-3225
Tel:  (206) 326-4217
(206) 326-4223 (fax)
kymyhra@travelers.com
Attorney for Defendants General Mechanical
and Atlantic Contingency Constructors

Approved as to form; Notice of Presentation Waived:

s/John R. Wilson
WSBA #24501
Rush, Hannula, Harkins & Kyler, L.L.P.
4701 S. 19th Street; Suite 300
Tacoma, WA 98405
(253) 383-5388
(253) 272-5105 (fax)
jwilson@rhhk.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 3
B5U2244 (JAH)

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA  98101-3225*
*Tel:  (206) 326-4217*
*Fax:  (206) 326-4220*

1

2  s/E. Pennock Gheen
   WSBA #14969
3  Law Offices of Karr Tuttle Campbell
   1201 Third Avenue, Suite 2900
4  Seattle, WA 98101
5  (206) 223-1313
   (206)682-7100 (fax)
6  pgheen@karrtuttle.com
   Attorney for Defendant Ness and Campbell Crane
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATION AND ORDER OF DISMISSAL - 4
    B5U2244 (JAH)

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA  98101-3225*
*Tel:  (206) 326-4217*
*Fax:  (206) 326-4220*